*Julius Weiss* and *Isidor Niner* for appellant.
*Maurice Iserman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

In the Matter of LOUIS BLITZER, Doing Business as 31ST STREET TRADING Co., Appellant, against EDGAR BROMBERGER, as Commissioner of Investigation of the City of New York, Respondent.

Argued October 9, 1945; decided October 26, 1945.

*Mack F. Goldman* and *Morris H. Beer* for appellant.
*Ignatius M. Wilkinson, Corporation Counsel (Morris Shapiro* and *James Hall Prothero* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.